**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| DEAN, VANESSA ELIZABETH | ) | CASE NO. 11-30171-CAD |
| | ) | |
| Debtor(s) | ) | Hon. Carol A. Doyle |

**COVER SHEET FOR APPLICATION FOR**
**PROFESSIONAL COMPENSATION**

Name of Applicant: STEVEN R. RADTKE, Attorney for Trustee

Authorized to Provide
Professional Service to: Steven R. Radtke, Trustee of the Estate of Vanessa Elizabeth Dean

Date of Order Authorizing Employment: September 27, 2011

Period for Which
Compensation is Sought: September 16, 2011 to Close of Case

Amount of Fees Sought: $1,575.00

Amount of Expense
Reimbursement Sought: $-0-

This is a(n):     Interim Application ___     Final Application  X

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

DATED: _____     By:  /s/ Steven R. Radtke
                                          STEVEN R. RADTKE

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603
(312) 346-1935
DeanCvrShTrAppFee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-30171 |
| VANESSA E. DEAN, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
THE TRUSTEE'S ATTORNEYS**

Steven R. Radtke and Chill Chill & Radtke, P.C. ("Applicants"), pursuant to §330 of Title 11, United States Code, request that this Court enter an order allowing compensation and reimbursement of expenses them as attorneys for the Trustee, and in support thereof, respectfully state as follows:

1. Debtor commenced this case on July 25, 2011 by filing a voluntary petition for relief under Chapter 7 of the Code.

2. Steven R. Radtke is the duly appointed, qualified and acting Trustee of this case.

3. On September 27, 2011, the Court entered an order authorizing the Trustee to retain Applicants as the Trustee's attorneys. A copy of the Order Authorizing Trustee to retain Applicants as his attorneys is attached hereto as **Exhibit A.**

4. Applicants have served continuously as counsel to the Trustee since the time of their retention.

5. This is Applicants' First and Final Application for allowance of compensation and reimbursement of expenses. It covers the period from September 16, 2011 through the closing of the case. Applicants have received no compensation or reimbursement of expenses to date.

6. Among the assets of the Estate is the sum of $8,000.00 representing the proceeds from the sale of the estate's right, title and interest in Debtor's automobile.

7. Applicants have organized and categorized their time in connection with the case, a copy of which is attached hereto as **Exhibit B.**

8. A general description of the time expended in the various categories is as follows:

   (a) FEE/EMPLOYMENT APPLICATIONS: Time spent in this category relates to preparing and presenting the Trustee's Applications to retain attorneys and the Trustee's preparation and presentation of the first and final fee applications for the Trustee and his attorneys.

(b) ASSET DISPOSITION: Time spent in this category relates to liquidating the estate's interest in Debtor's 2006 BMW automobile, and preparing the Trustee's objections to the Debtor's claim of exemptions based on the federal exemption scheme. The motion was withdrawn after Debtor amended her schedules.

(c) CLAIMS ADMINISTRATION AND OBJECTIONS: Time spent in this category relates to preparing the Trustee's objection to the secured claim of secured claim in the amount of $10,962.50 filed BMW Bank of North America, Inc. and obtaining an order disallowing said claim.

9. Applicants' time is allocated as follows:

| ACTIVITY | HOURS | COMPENSATION REQUESTED |
|---|---|---|
| Fee/Employment Applications | 1.70 | $ 637.50 |
| Asset Disposition | 1.50 | 187.50 |
| Claims Administration & Objections | 2.00 | 750.00 |
| **TOTAL** | **5.20** | **$ 1,575.00** |

10. Based on the nature, extent and value of services performed by Applicants, the compensation requested is fair and reasonable and the Court should enter an order allowing the same and authorizing the Trustee to pay said fees in the amount requested.

WHEREFORE, Applicants request that the Court enter an order as follows:

A. At the hearing, allowing the first and final request for allowance of compensation to Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C., attorneys for the Trustee, in the sum of $1,575.00 plus costs advanced in the sum of $ -0- for a total allowance of $1,575.00; and

B. Granting Applicants such other and further relief as this Court shall deem proper.

**Respectfully submitted,**

By: /s/ Steven R. Radtke

Attorney ID No. 0312-4816
Steven R. Radtke
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312)346-1935
DeanTrAttyAppComp

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-30171 |
| VANESSA E. DEAN, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

**Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1. I am a principal in Chill, Chill & Radtke, P.C. and am authorized to execute this affidavit on behalf of Chill, Chill & Radtke, P.C.

2. I have read the First and Final Application for Allowance for Compensation and Expenses to the Trustee's Attorneys ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

4. Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this ____ day
of June, 2012

_____
Notary Public
DeanTrAttyAppComp

# EXHIBIT A

Case 11-30171 Doc 39 Filed 07/27/12 Entered 07/27/12 17:52:44 Desc Main
Document Page 5 of 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>VANESSA ELIZABETH DEAN,<br><br><br>Debtor(s) | ) ) ) ) ) ) ) ) | BK No.:  11-30171<br><br>Chapter: 7<br>Honorable Carol A. Doyle |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C. as attorneys for Trustee and the supporting affidavit of Steven R. Radtke; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Steven R. Radtke, as trustee of the estate of Vanessa Elizabeth Dean, Debtor, is authorized to employ Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: *[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  September 27, 2011

**Prepared by:**

Steven R. Radtke
Chill, Chill & Radtke, P.C.
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
Attorney ID No. 0312-4816

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-30171 |
| VANESSA E. DEAN, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

## TIME SCHEDULE OF STEVEN R. RADTKE

### SUMMARY

| | |
|---|---|
| Fee/Employment Applications | $ 637.50 |
| Asset Disposition | 187.50 |
| Claims Administration & Objections | 750.00 |
| **TOTAL** | **$ 1,575.00** |
| **Costs Advanced:** | **$ 00.00** |
| **TOTAL FEES AND COSTS:** | **$ 1,575.00** |

**EXHIBIT B**

June 18, 2012

Steven R. Radtke, Trustee
Estate of Vanessa E. Dean, Debtor
Chill, Chill & Radtke, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603

RE: EMPLOYMENT/FEE APPLICATIONS - B01
Bankruptcy Estate of Vanessa E. Dean, Debtor
Chapter 7; Case No. 2011-31071; Filed: 7/25/2011
DeanVanessa - #1120

**Professional services**

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 9/16/11 | Draft motion to employ attorneys for the Trustee and related affidavit and order. | 0.50 375.00/hr | 187.50 |
| 9/27/11 | Court appearance regarding application to employ attorneys | 0.50 375.00/hr | NO CHARGE |
| 6/12/12 | Prepared first and final application for allowance of compensation and reimbursement of expenses to the Trustee's attorneys | 0.70 375.00/hr | 262.50 |
| TBD | Court Appearance regarding hearing on final fee petition. | 1.00 375.00/hr | NO CHARGE |
| | For professional services rendered | 2.70 | $450.00 |
| | Balance due | | $450.00 |

June 18, 2012

Steven R. Radtke, Trustee
Estate of Vanessa E. Dean, Debtor
Chill, Chill & Radtke, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603


RE:  ASSET DISPOSITION - B02
     Bankruptcy Estate of Vanessa E. Dean, Debtor
     Chapter 7; Case No. 2011-31071; Filed 7/25/11
     DeanVanessa - #1121


**Professional services**

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/16/11 Draft objection to claims of exemption | 1.00<br>375.00/hr | 375.00 |
| 10/18/11 Draft application for authority to sell estate's interest in automobile and related order. | 1.00<br>375.00/hr | 375.00 |
| 11/8/11 Court Appearance regarding applciation to sell estate's interest in automobile; granted | 0.50<br>375.00/hr | 187.50 |
| For professional services rendered | 2.50 | $937.50 |
| Balance due |  | $937.50 |

June 18, 2012

Steven R. Radtke, Trustee
Estate of Vanessa E. Dean, Debtor
Chill, Chill & Radtke, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603

RE: CLAIMS ADMINISTRATION AND OBJECTIONS - B03
Bankruptcy Estate of Vanessa E. Dean, Debtor
Chapter 7; Case No. 2011-31071; Filed 7/25/11
DeanVanessa - #1122

**Professional services**

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/7/12 Draft objection to claim no. 8 filed by BMW Bank of North America, Inc. | 0.50<br>375.00/hr | 187.50 |
| 6/12/12 Court Appearance regarding objection to claim no. 8 filed by BMW Bank of North America, Inc.; order granted | 0.50<br>375.00/hr | 187.50 |
| For professional services rendered | 1.00 | $375.00 |
| Balance due |  | $375.00 |