# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Vanessa Elizabeth Dean | § | Case No. 11-30171 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on August 30, 2012
in Courtroom 742, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                          Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Vanessa Elizabeth Dean | § | Case No. 11-30171 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.21 |
| and approved disbursements of | $ | 20.34 |
| leaving a balance on hand of[1] | $ | 7,979.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,550.02 | $ 0.00 | $ 1,550.02 |
| Trustee Expenses: STEVEN R. RADTKE | $ 6.30 | $ 0.00 | $ 6.30 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,575.00 | $ 0.00 | $ 1,575.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,131.32 |
| Remaining Balance | $ | 4,848.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,855.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Comed | $ 579.51 | $ 0.00 | $ 189.14 |
| 2 | N. A. Fia Card Services | $ 1,061.29 | $ 0.00 | $ 346.38 |
| 3 | Americash Loans, Llc | $ 1,409.44 | $ 0.00 | $ 460.01 |
| 4 | World Financial Network National Bank | $ 531.65 | $ 0.00 | $ 173.52 |
| 5 | N. A. Chase Bank Usa | $ 3,818.89 | $ 0.00 | $ 1,246.41 |
| 6 | N. A. Chase Bank Usa | $ 5,460.43 | $ 0.00 | $ 1,782.17 |
| 7 | N. A. Capital One Bank (Usa) | $ 1,994.36 | $ 0.00 | $ 650.92 |

Total to be paid to timely general unsecured creditors     $ 4,848.55

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-30171-CAD
Vanessa Elizabeth Dean                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Aug 01, 2012
                              Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db         +Vanessa Elizabeth Dean,    2817 West 86th Street,   Chicago, IL 60652-3823
17848613   +AmeriCash Loans, LLC,   c/o AmeriCash Loans, LLC,   Attention: Accounts Receivable,
             PO Box 184,   Des Plaines, IL 60016-0003
17578604    American Education Services,   PO Box 2461,   Harrisburg, PA. 17105  2461
17578613   +Ashley Stewart,   %WFNNB Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
18257773   +BMW Bank of North America, Inc.,   P.O. Box 201347,   Arlington, TX 76006-1347
17578603   +BMW Financial Services,   5550 Britton Parkway,   PO Box 2071996,   Hilliard, OH 43026-7456
17578607   +Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
17578608   +Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
17934173    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
17891537    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17578609   +Chase Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
17578610   +Citi Credit Card,   Processing Center,   Des Moines, IA 50363-0001
17578606   +Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
17578614   +Dr. Satwant S. Kingra,   %Mages & Price,   707 Lake Cook Rd., Suite 314,
             Deerfield, IL 60015-4933
17840361    FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17578615   +First Rate Financial,   103 W. Division St.,   Chicago, IL 60610-1909
17578611   +HSBC Retail Services,   PO Box 17264,   Baltimore, MD 21297-1264
17578612    Peoples Energy,   Chicago, IL 60680
17578605   +US Department of Education,   PO Box 530260,   Atlanta, GA 30353-0260
18353711    US Departnment of Education,   Direct Loan Servicing Center,   PO BOX 5609,
             Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17686544   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 02 2012 03:11:32
             BMW Financial Services NA, LLC,   c/o Ascension Capital Group,   P.O. Box 201347,
             Arlington, TX 76006-1347
17725512   +E-mail/Text: legalcollections@comed.com Aug 02 2012 03:14:55      ComEd,   3 Lincoln Center,
             Oakbrook Terrace, IL 60181-4204
17889526    E-mail/Text: bnc-alliance@quantum3group.com Aug 02 2012 04:41:40
             World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Chill, Chill & Radtke
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams            Page 2 of 2             Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:
         Jon Michelle Richardson    on behalf of Debtor Vanessa Dean chicagolandlawfirm@yahoo.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
         Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
         TOTAL: 4