UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Vanessa Elizabeth Dean | § | Case No. 11-30171 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                      Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                      Claims Discharged
                                                       Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMW Financial Servcies 5550 Britton Parkway PO Box 2071996 Hiliard, Ohio 43026 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Servcies PO Box 2461 Harrisburg, PA 17105-2461 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Servcies PO Box 2461 Harrisburg, PA 17105-2461 | | | | | |
| | U.S. Department of Educ. PO Box 530260 Atlanta, GA 30353 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ashley Stewart % WFNNB Bankruptcy Department PO Box 182125 Columbus, OH 43218 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285 | | | | | |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase Card Member Services PO Box 15153 Wilmington DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Member Services PPO Box 1513 Wilmington, DE 19886-5153 | | | | | |
| | Citi Credit Card Processing Center Des Moines, IA 50363-0001 | | | | | |
| | ComCast PO Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Dr. Satwant S. Kingra % Mages & Price 707 Lake Cook Road, Suite 314 Deerfield, Illinois 60015 | | | | | |
| | First Rate Financial 103 103 W. Division Street Chicago, IL 60612 | | | | | |
| | HSBC Retail Services PO Box 17264 Baltimore, MD 21297 | | | | | |
| | Peoples&apos; Energy Chicago, Illinois 60680 | | | | | |
| 3 | Americash Loans, Llc | | | | | |
| 1 | Comed | | | | | |
| 7 | N. A. Capital One Bank (Usa) | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | N. A. Chase Bank Usa | | | | | |
| 6 | N. A. Chase Bank Usa | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 4 | World Financial Network National Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-30171 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Vanessa Elizabeth Dean | | | | Date Filed (f) or Converted (c): | 07/25/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/22/2011 |
| For Period Ending: | 10/12/2012 | | | | Claims Bar Date: | 12/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, Savings Account - Fifth Third Bank | 321.51 | 321.51 | | 0.00 | FA |
| 2. Household Goods, Furniture And Furnishings | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3. Wearing Apparel | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Roth Ira - Central Credit Union | 200.00 | 200.00 | | 0.00 | FA |
| 5. 2006 750I Bmw Automobile 1998 Buick | 30,490.00 | 30,490.00 | | 8,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.21 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $33,511.51        $33,511.51        $8,000.21        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sold automobile.  bar date expires 12/19; need to object to claim 8; prepared TFR sent to UST reviewer; awaiting ok to file

Initial Projected Date of Final Report (TFR): 09/12/2013        Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30171 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Vanessa Elizabeth Dean | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0187 |
| | Checking |
| Taxpayer ID No: XX-XXX5143 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx0506 | Transfer of Funds | 9999-000 | $7,979.87 | | $7,979.87 |
| 09/05/12 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,550.02 | $6,429.85 |
| 09/05/12 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $6.30 | $6,423.55 |
| 09/05/12 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br><br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,575.00 | $4,848.55 |
| 09/05/12 | 1004 | Comed<br>3 Lincoln Center<br>Oakbrook Terrace, Il 60181 | Final distribution to claim 1 representing a payment of 32.64 % per court order. | 7100-000 | | $189.14 | $4,659.41 |
| 09/05/12 | 1005 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 2 representing a payment of 32.64 % per court order. | 7100-000 | | $346.38 | $4,313.03 |
| 09/05/12 | 1006 | Americash Loans, Llc<br>C/O Americash Loans, Llc<br>Attention: Accounts Receivable<br>Po Box 184<br>Des Plaines, Il 60016 | Final distribution to claim 3 representing a payment of 32.64 % per court order. | 7100-000 | | $460.01 | $3,853.02 |
| 09/05/12 | 1007 | World Financial Network National Bank<br>Quantum3 Group Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 32.64 % per court order. | 7100-000 | | $173.52 | $3,679.50 |

Page Subtotals: $7,979.87   $4,300.37

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30171 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Vanessa Elizabeth Dean | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0187 |
| | Checking |
| Taxpayer ID No: XX-XXX5143 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/12 | 1008 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 5 representing a payment of 32.64 % per court order. | 7100-000 | | $1,246.41 | $2,433.09 |
| 09/05/12 | 1009 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 6 representing a payment of 32.64 % per court order. | 7100-000 | | $1,782.17 | $650.92 |
| 09/05/12 | 1010 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 7 representing a payment of 32.64 % per court order. | 7100-000 | | $650.92 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,979.87 | $7,979.87 |
| Less: Bank Transfers/CD's | $7,979.87 | $0.00 |
| Subtotal | $0.00 | $7,979.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,979.87 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals: $0.00    $3,679.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-30171 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Vanessa Elizabeth Dean | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0412 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX5143 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/11 | 5 | Vanessa E. Dean | Proceeds of Sale of Automobile | 1129-000 | $8,000.00 | | $8,000.00 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $8,000.04 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $8,000.11 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.86 | $7,990.25 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.07 | | $7,990.32 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.48 | $7,979.84 |
| 02/15/12 | INT | Bank of America | Post accrued interest for account number 4437830412. | 1270-000 | $0.03 | | $7,979.87 |
| 02/15/12 | | Transfer to Acct # xxxxxx0506 | Transfer of Funds from MMA account xxx0412 to Checking account xxx0506 | 9999-000 | | $7,979.87 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,000.21 | $8,000.21 |
| Less: Bank Transfers/CD's | $0.00 | $7,979.87 |
| Subtotal | $8,000.21 | $20.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.21 | $20.34 |

| | | |
|---|---:|---:|
| Page Subtotals: | $8,000.21 | $8,000.21 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-30171 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Vanessa Elizabeth Dean | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0506 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5143 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/12 | | Transfer from Acct # xxxxxx0412 | Transfer of Funds from MMA account xxx0412 to Checking account xxx0506 | 9999-000 | $7,979.87 | | $7,979.87 |
| 08/31/12 | | Transfer to Acct # xxxxxx0187 | Transfer of Funds | 9999-000 | | $7,979.87 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,979.87 | $7,979.87 |
| Less: Bank Transfers/CD's | $7,979.87 | $7,979.87 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page Subtotals: $7,979.87 $7,979.87

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0187 - Checking | $0.00 | $7,979.87 | $0.00 |
| XXXXXX0412 - Money Market Account | $8,000.21 | $20.34 | $0.00 |
| XXXXXX0506 - Checking | $0.00 | $0.00 | $0.00 |
| | $8,000.21 | $8,000.21 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.21 |
| Total Gross Receipts: | $8,000.21 |